Label Matrix for local noticing
0416-1
Case 26-13767
District of Maryland
Baltimore
Fri May 29 12:40:41 EDT 2026

AARGON AGENCY INC
8668 SPRING MOUNTAIN RD
LAS VEGAS, NV 89117-4132

AARGON AGENCY INC
ATTN: BANKRUPTCY
8668 SPRING MOUNTAIN RD, SUITE 110
LAS VEGAS, NV 89117-4119

BALTIMORE CITY
DEPARTMENT OF PUBLIC WORKS
100 HOLIDAY STREET
BALTIMORE, MD 21202-3427

(p)STATE OF MARYLAND CENTRAL COLLECTION UNIT
ATTN OFFICE OF THE ATTORNEY GENERAL
300 W PRESTON ST RM 407
BALTIMORE MD 21201-2309

CHIME
101 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-3580

CHIME
ATTN: BANKRUPTCY
101 CALIFORNIA STREET, SUITE 500
SAN FRANCISCO, CA 94111-3580

CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104-0417

CHIMEFINAL
PO BOX 417
SAN FRANCISCO, CA 94104-0417

CITY OF BALTIMORE
DEPARTMENT OF FINANCE
BUREAU OF REVENUECOLLECTIONS
200 HOLLIDAY STREET
BALTIMORE, MD 21202-6294

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

CREDIT ONE BANK
335 MADISON AVENUE
NEW YORK, NY 10017-4611

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPARTMENT
6801 CIMARRON RD
LAS VEGAS, NV 89113-2273

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193-8872

CUSTOM 25, LLC
C/O ESKIN LAW, LLC
1700 REISTERSTOWN ROAD, SUITE 212
PIKESVILLE, MD 21208-2484

E-Z PASS
1200 FRANKFURST AVENUE
BALTIMORE, MD 21226-1048

ESKIN LAW, LLC
1700 REISTERSTOWN ROAD, SUITE 212
PIKESVILLE, MD 21208-2484

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

MARYLAND TRANSPORATION AUTHORITY
PO BOX 12853
PHILADELPHIA, PA 19176-0853

MAYOR AND CITY COUNCIL OF BALTIMORE CITY
CITY SOLICITOR
100 HOLIDAY STREET
BALTIMORE, MD 21202-3459

(p)MDOT MVA
6601 RITCHIE HIGHWAY
GLEN BURNIE MD 21062-1000

PRESTIGE FINANCIAL SVC
1420 S. 500 W
SALT LAKE CITY, UT 84115-5149

PRESTIGE FINANCIAL SVC
ATTN: BANKRUPTCY
351 W OPPORTUNITY WAY
DRAPER, UT 84020-1399

T Mobile/T-Mobile USA Inc
by AIS Infosource, LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401-7623

Robert M. Stahl IV
Robert M. Stahl, LLC
1142 York Road
Lutherville, MD 21093-6201

Shane W Carroll
6711 Danville Avenue
Dundalk, MD 21222-1030

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CENTRAL COLLECTION UNIT
300 W PRESTON STREET
BALTIMORE, MD 21201

COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
301 W PRESTON STREET, ROOM 409
BALTIMORE, MD 21201

MOTOR VEHICLE ADMINISTRATION
6601 RITCHIE HIGHWAY, NE
GLEN BURNIE, MD 21062

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 26 |
| Bypassed recipients | 0 |
| Total | 26 |